**Form 726**[Deficiency Notice]

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

| In re: | Case No. 26–24769 DHL |
|---|---|
| Corbin William Archer and Lisa Ann Collet Archer Debtor(s). | Chapter 7 |

## DEFICIENCY NOTICE

The Chapter 7 Petition filed with the Court on **August 3, 2026** was incomplete and/or not accompanied by all lists, schedules, statements or other documents required by the United States Bankruptcy Code. Rules 1007 and 2016 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 1007–1 set forth specific papers that are required to be filed with the Court.

By **August 5, 2026**, you must file the **List of Creditors**. See Local Rule 1007–1(b).

By **August 17, 2026**, you must file the missing and/or deficient papers listed below with the Clerk of Court, United States Bankruptcy Court, 350 South Main Street, Room 301, Salt Lake City, Utah 84101.

- Signatures Missing on Declaration/Schedules
- Chapter 7 Statement of Monthly Income
- Statement of Financial Affairs and All Schedules
- Summary of Assets and Liabilities

Official Bankruptcy Forms are available at https://www.uscourts.gov/forms/bankruptcy–forms. The 100 series of forms are for individuals and the 200 series of forms are for non–individuals.

You may file a motion and a proposed order to extend the time for filing missing and/or deficient papers.

If you fail to file all of the missing and/or deficient papers specified above or fail to request an extension by **August 17, 2026**, the United States Trustee or a party in interest may file a motion and schedule a hearing to seek dismissal of your case.

---

### IMPORTANT – YOUR RIGHTS MAY BE AFFECTED:

If you fail to request an extension or fail to file all of the missing and/or deficient papers specified above by **September 17, 2026**, your case may be **automatically dismissed** without further notice or hearing. See 11 U.S.C. § 521(i)

---

Dated: August 4, 2026

David A. Sime
Clerk of Court