**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Corbin William Archer**<br>First Name Middle Name Last Name | Social Security number or ITIN | **xxx–xx–5069** |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Lisa Ann Collet Archer**<br>First Name Middle Name Last Name | Social Security number or ITIN | **xxx–xx–9812** |
| | | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court **District of Utah**

Case number: **26–24769 DHL**

Date case filed for chapter **7: 8/3/26**

Official Form 309A (For Individuals or Joint Debtors)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov) or by calling the Voice Case Information System (VCIS) at 1–866–222–8029.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Corbin William Archer | Lisa Ann Collet Archer |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 3861 E Evelyn Drive<br>Salt Lake City, UT 84124 | 3861 E Evelyn Drive<br>Salt Lake City, UT 84124 |
| 4. | **Debtor's attorney**<br>Name and address | Corbin William Archer<br>3861 E Evelyn Drive<br>Salt Lake City, UT 84124 | Contact phone 801–865–7711<br>Email: **None** |
| 5. | **Bankruptcy trustee**<br>Name and address | Philip G. Jones tr<br>1215 South Main Street<br>Orem, UT 84058 | Contact phone (801) 358–7968<br>Email: trustee@theo7.com |


**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | United States Bankruptcy Court<br>District of Utah<br>350 South Main #301<br>Salt Lake City, UT 84101<br><br>Clerk of Court: David A. Sime | Hours open: 8:00 AM to 4:30 PM, Monday – Friday<br><br>Contact phone: (801) 524–6687<br><br>Website: www.utb.uscourts.gov |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date.<br><br>All individual debtor(s) must provide picture identification and proof of social security number to the trustee. Failure to do so may result in your case being dismissed.<br><br>For additional meeting information go to https://www.justice.gov/ust/moc | Meeting to be held on:<br>**September 2, 2026 at 09:30 AM**<br><br>Location:<br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 373 348 2031, and Passcode 7158741279, OR call 1–385–363–3817** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** 11/2/26 |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
District of Utah

In re:
Corbin William Archer
Lisa Ann Collet Archer
Debtors

Case No. 26-24769-DHL
Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1088-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 12, 2026 | Form ID: 309A | Total Noticed: 17 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Corbin William Archer, Lisa Ann Collet Archer, 3861 E Evelyn Drive, Salt Lake City, UT 84124-2307 |
| 12980268 | + | Boost Financial, 5940 Summerhill Road, Texarkana, TX 75503-1639 |
| 12980269 | + | Cash Central, 2601 North Lamar Boulevard, Austin, TX 78705-4260 |
| 12980258 | + | Chrysler Capital, 1601 Elm Street, #800, Dallas, TX 75201-7260 |
| 12980272 | + | KC Credit, 2016 Swift St,, North Kansas City, MO 64116-3424 |
| 12980271 | + | Speedy#89, P.O. Box 782260, Wichita, KS 67278-2260 |
| 12980270 | | SpotLoan, 914 Chief Little Shell St, Belcourt, ND 58316 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QPGJONES | Aug 13 2026 05:11:00 | Philip G. Jones tr, 1215 South Main Street, Orem, UT 84058-6849 |
| 12980263 | | Email/PDF: bncnotices@becket-lee.com | Aug 13 2026 01:52:06 | American Express, 200 Vesey Street, New York, NY 10285-3106 |
| 12980266 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Aug 13 2026 01:44:00 | CashNet USA, Attn: Legal Department, 175 W. Jackson Blvd., Suite 1000, Chicago, IL 60604-2863 |
| 12980265 | + | Email/Text: accounting@easycashasap.com | Aug 13 2026 01:46:00 | Easy Cash ASAP, LLC., PO Box 11443, Overland Park, KS 66207-1443 |
| 12980259 | + | EDI: PHINAMERI.COM | Aug 13 2026 05:11:00 | GM Financial, 801 Cherry Street, Ste. 3600, Fort Worth, TX 76102-6855 |
| 12980264 | + | EDI: CITICORP | Aug 13 2026 05:11:00 | Home Depot Credit Services, P.O. Box 790340, St. Louis, MO 63179-0340 |
| 12980262 | + | Email/Text: bankruptcy@macu.com | Aug 13 2026 01:45:00 | Mountain America Credit Union, Attn: Loan Servicing, P.O. Box 2331, Sandy, UT 84091-2331 |
| 12980267 | + | Email/Text: netcreditbnc@enova.com | Aug 13 2026 01:46:00 | NetCredit, Attn: Legal Department, 175 W. Jackson Blvd., Suite 1000, Chicago, IL 60604-2863 |
| 12980260 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 13 2026 01:45:00 | Rushmore Servicing, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 12980261 | | EDI: USBANKARS.COM | Aug 13 2026 05:11:00 | US Bank, 800 Nicollet Mall, Minneapolis, MN 55402 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Philip G. Jones tr | trustee@theo7.com PJones2@ecf.axosfs.com |
| United States Trustee | USTPRegion19.SK.ECF@usdoj.gov |

TOTAL: 2