PHILIP G. JONES (1748)
Chapter 7 Trustee
1215 South Main Street
Orem, Utah 84058
Telephone: (801) 224-5750

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>CORBIN WILLIAM ARCHER AND LISA ANN COLLET ARCHER,<br><br>Debtor. | Bankruptcy No. 26-24769<br><br>Chapter 7<br><br>Judge: DAVID H. LEIGH |
| NOTICE OF MOTION AND MOTION TO DISMISS CHAPTER 7 CASE | |

Pursuant to 11 USC § 707(a), the below signed case Trustee moves that this case be dismissed as to [x] the Debtor only, [ ] the Joint Debtor only, [ ] both the Debtor and Joint Debtor for the reasons indicated below.

UNLESS AN OBJECTION IS FILED WITH THE COURT BY 09/14/2026, THE COURT MAY ENTER AN ORDER DISMISSING THIS CASE WITHOUT A HEARING, IF AN OBJECTION IS FILED, THE OBJECTING PARTY MUST SCHEDULE A HEARING AND SERVE NOTICE OF THE HEARING.

The Trustee requests that this Notice of Hearing and Motion to Dismiss be served as required by Fed. R. Bankr. P. 2002(a)(4).

[ ] The Debtor did not appear at the 11 USC § 341 meeting of creditors. LR 2003-1.
[ ] The Joint Debtor did not appear at the 11 USC § 341 meeting of creditors. LR 2003-1.
[ ] The Attorney for Debtor(s) did not appear at the 11 USC § 341 meeting of creditors. LR 2003-1.
[ ] No list of creditors or list or equity security holders was filed (mailing matrix). LR 1007-1.
[x] The documents required by 11 USC § 521 and/or Fed. R. Bankr. P. 1007 were not timely filed. LR 1007-1

DATED this 20th day of August, 2026.

_/s/_Philip_G._Jones__
Philip G. Jones
Chapter 7 Trustee

CERTIFICATE OF SERVICE
BY NOTICE OF ELECTRONIC FILING (CM/ECF)

I hereby certify that on August 20, 2026, I electronically filed the foregoing NOTICE OF MOTION AND MOTION TO DISMISS CHAPTER 7 CASE with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served through the CM/ECF system.

Philip G. Jones tr trustee@theo7.com, PJones2@ecf.axosfs.com
United States Trustee USTPRegion19.SK.ECF@usdoj.gov

BY MAIL, OTHER

I hereby certify that on August 20, 2026, I caused to be served a true and correct copy of the foregoing NOTICE OF MOTION AND MOTION TO DISMISS CHAPTER 7 CASE as follows:

Mail service - By regular first class United States mail, postage fully prepaid, addressed to:

Corbin and Lisa Archer
3861 E EVELYN DRIVE
SALT LAKE CITY, UT 84124

/s/ Philip G. Jones
Chapter 7 Trustee